No. —, Original. *Ex parte:* IN THE MATTER OF HUEY P. LONG ET AL., ETC., PETITIONERS, and

No. 650. CUMBERLAND TELEPHONE & TELEGRAPH COMPANY *v.* LOUISIANA PUBLIC SERVICE COMMISSION ET AL. Appeal from the District Court of the United States for the Eastern District of Louisiana. Motion for leave to file petition for a writ of mandamus submitted October 3, 1922. Order entered October 23, 1922. The mandamus asked in this motion relates to the granting of a supersedeas by the judge of the District Court of the United States for the Eastern District of Louisiana in case No. 650 on the docket of this Court. The Court considers the application for mandamus as a motion to set aside the supersedeas and injunction granted by the district judge in this case, and a rule will issue to the appellants in case No. 650 to show cause on Monday, November 13 next, why the supersedeas and injunction should not be set aside and the injunction dissolved. *Mr. Huey P. Long* and *Mr. W. M. Barrow* for petitioners. [See *ante,* 212; *post,* 759.]

No. 18. CORONA COAL COMPANY *v.* SOUTHERN RAILWAY COMPANY. Appeal from the District Court of the United States for the Northern District of Alabama. Submitted October 5, 1922. Decided October 23, 1922. *Per Curiam.* Affirmed on authority of *Lambert Run Coal Co.* v. *Baltimore & Ohio R. R. Co.,* 258 U. S. 377. *Mr. Forney Johnston* for appellant. *Mr. S. R. Prince* and *Mr. L. E. Jeffries* for appellee.